UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                                    CRIMINAL ACTION
vs. MICHAEL SIMMONS                  XXX XX 7870      09-82 F
                                     (SOC. SEC. NO.)     (CASE NO./SEC.)

## JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the government,     Month    Day    Year
the defendant appeared in person on this date --------( NOVEMBER 5, 2009 )

__ WITHOUT COUNSEL    However the court advised defendant of right to counsel and asked
                      whether defendant desired to have counsel appointed by the court
                      and the defendant thereupon waived assistance of counsel.

X WITH COUNSEL        WARREN MCKENNA, 111
                                (Name of Counsel)

Court Reporter's Name: TONI TUSA

**PLEA:**  X **GUILTY,** and the court being satisfied    __**NOLO CONTENDERE**    __**NOT GUILTY**
          that there is a factual basis for the plea.

There being a finding of     ( __ **NOT GUILTY.**  Defendant is discharged.
                             ( x **GUILTY on JULY 30, 2009**

The defendant has been convicted as charged of the offense(s) of 21 USC 846 Conspiracy to Distribute and Posses with **Intent to Distribute 100 grams or More of Heroin -as charged in Count 1 of the Indictment.**

The sentence is imposed pursuant to the Sentencing Reform Act of 1984. The court adjudged the defendant guilty as charged and convicted and ordered that: The defendant is hereby committed to the custody of the Bureau of Prisons to be imprisoned for a term of 105 months as to Count 1. Upon release from imprisonment, the defendant shall be placed on supervised release for a term of five years as to Count 1. Within 72 hours of release from the custody of the Bureau of Prisons, the defendant shall report in person to the probation office in the district to which the defendant is released. While on supervised release, the defendant shall comply with the standard general conditions that have been adopted by this court. The defendant shall not possess a firearm. In addition, the following special conditions are imposed: The defendant shall participate in the orientation and life skills program as directed by the probation officer. The defendant shall participate in a program of testing and/or treatment for drug abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall contribute to the cost of such treatment to the extent that the defendant is deemed capable by the probation officer. The defendant shall participate in a program of testing and/or treatment for alcohol abuse, as directed by the probation officer, until such time as the defendant is released from the program by the probation officer. The defendant shall contribute to the cost of such treatment to the extent that the defendant is deemed capable by the probation officer. The defendant shall cooperate in the collection of a DNA sample as required by law. The defendant does not have the ability to pay a fine and the fine is waived in this case. The defendant is remanded to custody.
**IT IS FURTHER ORDERED** that the defendant shall pay to the United States a special assessment of $100.00 as to Count(s) 1, for a total assessment of $100.00
**IT IS FURTHER ORDERED** that the defendant notify the United States Attorney for this District within 30 days of any change of residence or mailing address until all fines, restitution, costs and special assessments imposed by this Judgment are fully paid. In addition to the special conditions of probation imposed above, **IT IS HEREBY ORDERED** that the general conditions of probation/supervised release set out on the reverse side be imposed.

---

**IT IS FURTHER ORDERED:**
[ ] The defendant shall pay any fines that remain unpaid at the commencement of the term of supervised release.

**SIGNED BY:**                                              CERTIFIED AS A TRUE COPY
xxx U.S. District Judge                                     ON THIS DATE _____
____ U.S. Magistrate  /s/ Martin L.C. Feldman
                                                            BY: _____
         (Date) November 5, 2009                                  Deputy Clerk

**STANDARD CONDITIONS OF SUPERVISION**

    While the defendant is on probation or supervised release pursuant to this judgment, the defendant shall not commit another federal, state or local crime.  In addition:

1) the defendant shall not leave the judicial district without the permission of the court or probation officer;
2) the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
3) the defendant shall answer truthfully, all inquiries by the probation officer and follow the instructions of the probation officer;
4) the defendant shall support his or her dependents and meet other family responsibilities;
5) the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6) the defendant shall notify the probation officer at least two weeks prior to any change in residence and within seventy-two hours of any change of employment;
7) the defendant shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician;
8) the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9) the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer;
10) the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any contraband observed in plain view by the probation officer;
11) the defendant shall notify the probation officer within seventy-two hours of being arrested or questioned by a law enforcement officer;
12) the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13) as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.  These conditions are in addition to any other conditions imposed by this Judgment.

---

The court makes the following recommendation to the Bureau of Prisons:  an institution near Atlanta, Ga. where the defendant can receive substance treatment near


**IT IS ORDERED** that the Clerk deliver a certified copy of this Judgment and Commitment to the U.S. Marshal or other qualified officer.

---

**RETURN**

    I have executed this judgment as follows:

_____
_____

    Defendant delivered on _____ to _____ at
_____, with a certified copy of this Judgment.


                                                                       United States Marshal


                                                                       Deputy Marshal